RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

        Plaintiff,

Vs.

Squid Inc., et al.,

        Defendants.

Case Number 21-6116 WHO

STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(Proposed)~~ ORDER

Plaintiff Richard Sepulveda, and defendants Squid Inc. and Bea Tyree, Trustee of the Wilhelmina A. Hughes Trust (and successor in interest to Wilhelmina A. Hughes) ("Defendants"), by and through their respective attorneys of record (attorney for Plaintiff is Richard A. Mac Bride; attorney for Defendant Squid Inc. is James Farinaro, and attorney for Defendant Bea Tyree is Michael C. Crosby), hereby stipulate as follows:

1. Plaintiff has entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims as against all defendants, and agreed to the dismissal of the above-captioned action with prejudice with regard to all Defendants, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by Plaintiff and Defendants Squid Inc. and Bea Tyree, Trustee of the Wilhelmina A. Hughes Trust (successor in interest to Wilhelmina A. Hughes).

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all parties.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda                                             1/14/2022

Law Office of James Farinaro – By: James Farinaro /s/ James Farinaro

Attorney for defendant Squid Inc.                                                     1/14/2022

Law Offices of Crosby and Crosby – By: Michael C. Crosby /s/ Michael C. Crosby

Attorney for Defendant Bea Tyree, Trustee of the Wilhelmina A. Hughes Trust (successor in

interest to Wilhelmina A. Hughes)                                                     1/14/2022

### FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on January 14, 2022, I, Richard A. Mac Bride, the attorney of record for Plaintiff herein, received the concurrence of attorneys James Farinaro and Michael C. Crosby, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

1
2
3
4
5
6
7
8
9
10
11
12                              [PROPOSED] ORDER
13
14   Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good
15   cause appearing, it is hereby ORDERED:
16      1. That the action entitled Sepulveda v. Squid inc., et al., Case No. C 21-6116 WHO, is
17         dismissed with prejudice with respect to all parties, with each party to bear his own
18         attorney's fees and costs.
19
20   Date: January 19, 2022                          _____
21                                                   William H. Orrick
22                                                   United States District Judge
23
24
25
26
27
28